IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DR. KATHY MINNICH LEH** | : Civil No. 22-CV-548 |
| v. | : |
| **NORTHEASTERN SCHOOL DISTRICT, ET AL.** | : Judge Sylvia H. Rambo |

# O R D E R

AND NOW, this 24th day of July, 2023, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss (Doc. 15) is **GRANTED** in part as follows:

(1) Count 1 is **DISMISSED** without prejudice;

(2) Count 3 is **DISMISSED** with prejudice; and

(3) Count 4 is **DISMISSED** with prejudice.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge